IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GLORIA PEREZ, individually, and on behalf of a Class of others similarly situated,

    Plaintiff,

vs.

WALMART, INC. and WAL-MART ASSOCIATES, INC.

    Defendants.

No. 4:21-cv-00120-HFS

## JUDGMENT IN A CIVIL CASE

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
    defendants' motion to dismiss (Doc. 23) is GRANTED


October 25, 2021  
Date

Paige Wymore-Wynn  
Clerk of Court

/s/ Melissa Nolte  
(by) Deputy Clerk